# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sandra Morales-De Guedea,<br>a.k.a: Sandra Yadira Morales-De Guedea,<br>a.k.a.: Sandra Y. Morales De Guedea,<br>(A076 472 726)<br>*Defendant* | )<br>)<br>) Case No. 17-8435 MJ<br>)<br>)<br>)<br>) |

DOA 10-12-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 6, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Sandra Morales-De Guedea, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 23, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2017

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 6, 2017, Sandra Morales-De Guedea was arrested by the Salt River Indian Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Morales-De Guedea was encountered by ICE Officer K. Madill who determined her to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 12, 2017, Morales-De Guedea was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Morales-De Guedea was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Sandra Morales-De Guedea to be a citizen of Mexico and a previously deported criminal alien. Morales-De Guedea was removed from the United States to Mexico at or near Nogales, Arizona, on or about July 23,

2015, pursuant to an order of removal issued by an immigration judge. There is no record of Morales-De Guedea in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Morales-De Guedea's immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Sandra Morales-De Guedea was convicted of Possession with the Intent to Distribute a Controlled Substance, Marijuana, a felony offense, on June 23, 2015, in the United States District Court, District of Arizona. Morales-De Guedea was sentenced to time served and three (3) years' supervised release. Morales-De Guedea's criminal history was matched to her by electronic fingerprint comparison.

5. On October 12, 2017, Sandra Morales-De Guedea was advised of her constitutional rights. Morales-De Guedea freely and willingly acknowledged her rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 6, 2017, Sandra Morales-De Guedea, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about July 23, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge